UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Adrianne Ladawn Kristen Bratcher                    Chapter 13
                                                             Case No. ___

Debtor.

## Chapter 13 Plan

Address:       Debtor   2333 Ptarmigan Cove, Memphis, TN 38134

Plan Payment:

Debtor Shall Pay:   $582.00 Every Two Weeks              By:    ( ) Direct Pay _____
   Or by: (X) Payroll Deduction   Strategic Data Systems, 1854 Keller Parkway # A, Keller, TX 76248

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes  ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes  ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment    ( ) Trustee To:          Monthly Pmt.
                           ongoing payment begins
                           Approximate arrearage
                           ongoing payment begins
                           Approximate arrearage

5. Priority Claims:                                                                               Monthly Pmt.
                                                         Amount
                                                         Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:                Monthly Pmt.
                           ongoing payment begins
                           Approximate arrearage              Interest
                           ongoing payment begins
                           Approximate arrearage              Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Credit Acceptance (2011 Nissan Maxima) | $ 13,700.00 | 0.00% | $273.00 |
| Bridgecrest (2017 Hyundai Tuscon) | $ 17,900.00 | 0.00% | $357.00 |
| Credit Acceptance (2015 Chevrolet Camaro) | $ 17,300.00 | 0.00% | $345.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

_____ Collateral _____
_____ Collateral _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| American First Finance (lease thru October) | $ 569.00 | 0.00% | $10.00 |
| NPR (lease thru October) | $ 512.00 | 10.00% | $10.00 |

11. Student Loan Claims and Other Long Term Claims:

_____    ( ) Not Provided For    ( ) General Unsecured Creditor
_____    ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

_____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

| American First Finance | (X) Assume | ( ) Reject |
|---|---|---|
| NPR | (X) Assume | ( ) Reject |
| Sycamore Lake Apt. | (X) Assume | ( ) Reject |

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

 /s/ Jimmy E. McElroy  TN Bar #011908          Date   October 22, 2019
Debtor's Attorney's Signature

October 22, 2019

910 > April 25, 2017